UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

NORRIS McLAUGHLIN, P.A.
Steven J. Reed, Esq.
400 Crossing Boulevard, 8th Floor
P.O. Box 5933
Bridgewater, New Jersey 08807-5933
(908) 722-0700 (Tel.)
(908) 722-0755 (Fax)
sjreed@norris-law.com
*Attorneys for Great Plains Capital Corporation, Creditor*

In Re:

SHERWOOD F. TANENBAUM,

　　　　　　Debtor.

Case No.: 19-21531-SLM

Chapter: 13

Judge: Hon. Stacey L. Meisel

## OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

Great Plains Capital Corporation ("Great Plains"), by and through its counsel, Norris McLaughlin, P.A. hereby objects to confirmation of Debtor's Chapter 13 plan and asserts as follows:

I.　　BACKGROUND

1.　　Great Plains is a creditor of the Debtor as a result of a commercial loan made to Debtor's company "It's My Bag, LLC" which was personally guaranteed by Debtor.

2.　　After Debtor defaulted, Great Plains obtained a Final Judgment in the amount of $49,730.00 plus costs to be taxed and recorded the judgment as a lien under docket number J-176936-14.

3.　　Great Plains also recorded a mortgage on Debtor's real property to secure the debt.

4.　　On June 8, 2019, the Debtor filed a Chapter 13 Plan (the Plan") which failed to list Great Plain's secured debt in the Plan.

5. Great Plains filed a proof of its secured claim on June 26, 2019 in the amount of $50,841.40.

II. GROUNDS FOR OBJECTION

A. Debtor has not filed its Plan pursuant to 11 U.S.C. Section 1325.

B. Debtor's Plan has been filed in bad faith pursuant to 11 U.S.C. Section 1325(a)(3) since it fails to list Great Plains' debt. The Plan also violates Section 1325(5) by failing to list Great Plains' debt. The Debtor should be required to amend its Plan to address Great Plains' secured claim.

C. Pursuant to 11 U.S.C. Section 1325, Debtor's Plan cannot be confirmed.

WHEREFORE, Great Plains Capital Corporation respectfully requests that the Court deny confirmation of the Debtor's Chapter 13 Plan, and order such other relief as this Court deems equitable and proper.

                                                NORRIS McLAUGHLIN, P.A.
                                                Attorneys for Creditor
                                                Great Plains Capital Corporation

By: _____
        Steven J. Reed

Dated: July 17, 2019