UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

IN RE:
    SHERWOOD F TANENBAUM

Order Filed on September 27, 2019 by Clerk, U.S. Bankruptcy Court - District of New Jersey

Case No.:  19-21531

Hearing Date:  09/25/2019

Judge:  STACEY L. MEISEL

## ORDER DENYING CONFIRMATION AND DISMISSING PETITION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

DATED: September 27, 2019

Honorable Stacey L. Meisel
United States Bankruptcy Judge

1

Debtor(s): SHERWOOD F TANENBAUM

Case No.: 19-21531SLM

Caption of Order: Order Denying Confirmation and Dismissing Petition

---

THIS MATTER having come before the Court on 09/25/2019 for a Confirmation Hearing of the Debtor(s)' Chapter 13 Plan, and the Court having considered the Chapter 13 Standing Trustee's report and good and sufficient cause having been shown, it is hereby

ORDERED AND DIRECTED, that the Confirmation of Debtor(s)' Chapter 13 Plan is hereby denied; and it is further

ORDERED AND DIRECTED, that the Debtor(s)' Voluntary Petition for Relief under Chapter 13 and all proceedings thereunder be and they hereby are dismissed without prejudice; and it is further

ORDERED AND DIRECTED, that upon case dismissal any funds held by the Chapter 13 Standing Trustee from payments made on account of Debtor(s)' Plan, shall be disbursed to the Debtor(s), less any applicable Trustee fees and commisions, except any adequate protection payments due under the proposed plan or by Court Order, and/or any counsel fees and costs hereby allowed as an Administrative Expense.

Pursuant to 11 U.S.C. Sec. 349(b) this Court, for cause, retains jurisdiction over any additional application filed within 30 days by any administrative claimants for funds on hand with the Chapter 13 Trustee.

United States Bankruptcy Court
District of New Jersey

In re:  
Sherwood F Tanenbaum  
    Debtor

Case No. 19-21531-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin                    Page 1 of 1                  Date Rcvd: Sep 30, 2019  
                            Form ID: pdf903              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2019.  
db             +Sherwood F Tanenbaum,    73 Fisher Rd,    Mahwah, NJ 07430-1565

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2019                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2019 at the address(es) listed below:

      Allison J. Kiffin    on behalf of Creditor   Garden Savings Federal Credit Union collections@peterliska.com  
      Denise E. Carlon    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
      Eamonn O'Hagan    on behalf of Creditor   United States of America (Internal Revenue Service) eamonn.ohagan@usdoj.gov  
      Harvey I. Marcus    on behalf of Debtor Sherwood F Tanenbaum him@lawmarcus.com  
      Marie-Ann Greenberg    magecf@magtrustee.com  
      Rebecca Ann Solarz    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION rsolarz@kmllawgroup.com  
      Steven J. Reed    on behalf of Creditor   Great Plains Capital Corporation sjreed@norris-law.com  
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                                 TOTAL: 8